UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEOFFREY WILSON, | ) | Case No. CV 08-2454 JVS(JC) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JAMES TILTON, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that (1) defendants' Motion for Summary Judgment, or in the alternative, Summary Adjudication of Claims is granted to the extent it seeks summary judgment in favor of defendants J. Dowling and K. Lynch on plaintiff's Eighth Amendment claim against them; and (2) the Court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims and dismisses such claims against all remaining defendants without prejudice.

///

///

1    IT IS FURTHER ORDERED that Judgment be entered (1) in favor of defendants Dowling and Lynch on the merits of plaintiff's Eighth Amendment claim against them; (2) dismissing with prejudice plaintiff's federal claims for monetary damages against all defendants in their official capacities; and (3) dismissing without prejudice plaintiff's other claims against all defendants.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the United States Magistrate Judge's Report and Recommendation on the parties to this action.

IT IS SO ORDERED.

DATED: December 1, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE