UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>    Defendants.<br>_____ | Case No. CV 08-2454 JVS(JC)<br><br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that: (1) summary judgment is granted in favor of defendants J. Dowling and K. Lynch on plaintiff's Eighth Amendment claim against them; (2) plaintiff's federal claims for monetary damages against all defendants in their official capacities are dismissed with prejudice; and (3) plaintiff's other claims against all defendants are dismissed without prejudice.

IT IS SO ORDERED.

    DATED: December 1, 2011

    _____
    HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT JUDGE